IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CASE NO.: 3:11MJ308 |
| | | Magistrate Michael R. Merz |
| Plaintiff | : | |
| v | | |
| JOSE EDUARDO SILVA-SERVIN a/k/a "Jose Angel Arroyo-Vidal" | : | ORDER TO UNSEAL DOCUMENTS |
| Defendant | | |

Upon Motion of the United States and for good cause shown, the Motion to Seal, Order to Seal, the Complaint and Arrest Warrant filed in this matter on November 23, 2011 are hereby unsealed.

2/21/2012
DATE

MICHAEL R. MERZ
United States Magistrate Judge